## THE CITY OF CHESTER,

## THE PITTSTON.

(Circuit Court of Appeals, Second Circuit. December 5, 1921.)

### No. 71.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty for collision by the Ellerman Lines, Limited, owner of the steamship City of Chester, against the barge Pittston, the Scully Line, Inc., claimant, with cross-suit. Decree in favor of the City of Chester (279 Fed. 128), and the claimant of the Pittston appeals. Affirmed.

Foley & Martin, of New York City (William J. Martin, and George V. A. McCloskey, both of New York City, of counsel), for appellant.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (L. de Grove Potter, and Carleton L. Marsh, both of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and MAYER. Circuit Judges.

PER CURIAM. Decree affirmed.